IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02712-WYD-MEH

TOM CARR,

    Plaintiff,

v.

WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE,
JOEL MECKLENBURG, Reg. No. 36291,
THE LAW FIRM OF ARONOWITZ & FORD, L.L.P., and
STEPHANIE O'MALLEY, in her personal capacity,

    Defendants.

---

## NOTICE OF CONVERSION TO SUMMARY JUDGMENT

**Michael E. Hegarty, United States Magistrate Judge**.

Pending before the Court are two Motions to Dismiss: one filed by Defendant Stephanie O'Malley [doc #6] and the other filed by the remaining Defendants [doc #4]. All Defendants submitted evidentiary materials in support of their Motions.

Because Defendants wish to support their Motions to Dismiss with documents outside of the pleadings, it is proper to inform the parties that the Court will convert the Motions to Dismiss into Motions for Summary Judgment pursuant to Fed. R. Civ. P. 56. *See David v. City & County of Denver*, 101 F.3d 1344, 1352 (10th Cir. 1996). Consequently, the parties may submit any additional briefing on the Motions, and in such additional briefing, the Plaintiff may respond to the materials already submitted by the Defendants with any "material made pertinent to such a motion by Rule 56." Fed. R. Civ. P. 12(c). Therefore, it is ORDERED that any additional briefing by the parties must be submitted on or before **April 10, 2008**.

Dated at Denver, Colorado, this 10th day of March, 2008.

                      BY THE COURT:

                      s/ Michael E. Hegarty
                      Michael E. Hegarty
                      United States Magistrate Judge